IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GEORGE HENSON, JR.,

    Plaintiff,

v.                              Civil Action No. 3:07CV694

J.N. DILLMAN,

    Defendant.

## MEMORANDUM OPINION

George Henson, Jr., a Virginia inmate, submitted this action and requested leave to proceed *in forma pauperis*. A prisoner is prohibited from proceeding *in forma pauperis*:

> if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Henson had at least three actions or appeals that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief could be granted. See *Henson v. Stokes*, No. 00-7787 (4th Cir. Mar. 30, 2001). Henson's complaint did not contain any coherent indication that Henson was in imminent danger of serious physical harm. Therefore, by Memorandum Order entered on November 23, 2007, the Court denied Henson's request to proceed *in forma pauperis* and directed Henson to pay the $350.00 filing fee within eleven (11) days of the date of entry thereof.

More than eleven (11) days have elapsed since the entry of the November 23, 2007 Memorandum Order and Henson has not paid the full filing fee. Instead, Henson submitted an improper interlocutory appeal. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Henson.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: JAN 3 0 2008